# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOCELYN WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:20-CV-854 PLC |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This case is before the Court on Defendant Andrew Saul's motion to reverse the decision of the administrative law judge (ALJ) and remand the case to Defendant pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). [ECF No. 27]  Plaintiff Jocelyn Watson "states no objection" to Defendant's motion. [ECF No. 28]

On June 26, 2020, Plaintiff filed a complaint seeking review of Defendant's decision that Plaintiff was not under a disability within the meaning of the Social Security Act. [ECF No. 1] Defendant filed his answer and a transcript of the administrative proceedings. [ECF Nos. 13-16] Plaintiff filed a brief in support of the complaint, as well as a statement of uncontroverted facts. [ECF Nos. 22, 22-1]

On May 28, 2021, Defendant filed the instant motion to reverse and remand the case for further action under 42 U.S.C. § 405(g), which permits the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).  Defendant states that, on remand, the "the Commissioner will further evaluate the

medical opinion evidence in accordance with 20 C.F.R. §§ 404.1520c and 416.920c, evaluate the effect of Plaintiff's frequency of treatment on her residual functional capacity, offer the claimant the opportunity for a hearing, [and] take further action to complete the administrative record resolving the above issues[.]"  [ECF No. 27]

Based on the record, the Court grants Defendant's unopposed motion to reverse and remand this matter to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's unopposed motion to reverse and remand [ECF No. 27] is **GRANTED**.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

 

 

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of June, 2021