# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOCELYN WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:20-CV-854 PLC |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act, 42 U.S.C. § 2412 (EAJA). [ECF No. 31] Plaintiff requests an award of $6,496.02, representing 30.3 hours worked at a rate of $214.39 per hour. Plaintiff attaches a "Fee Agreement and Assignment," in which she assigned any court-awarded attorney fees to her attorneys, Access Disability, LLC. [ECF No. 31-3]

Defendant filed a response to Plaintiff's application for attorney fees, in which he states: "Defendant has no objection to Plaintiff's request for attorney fees under the EAJA in the amount of $6,496.02." [ECF No. 32] Defendant requests that the Court enter an order awarding attorney fees in the amount of $6,496.02 to be paid by the Social Security Administration. He notes, however, that any award of attorney fees is subject to offset to satisfy any preexisting debt Plaintiff owes to the United States. See Astrue v. Ratliff, 560 U.S. 586 (2010).

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's motion for attorney fees [ECF No. 31] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount of $6,496.02, subject to offset for any preexisting debt that the Plaintiff owes to the United States. After determining whether Plaintiff owes any debt to the United States that is subject to offset, Defendant is directed to pay the EAJA fees directly to Plaintiff's attorney.

*/s/ Patricia L. Cohen*

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of June, 2021